Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Carrington Mortgage Services, LLC

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 2 7 5 8

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: ____/____/_____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | filed 08/21/2019 | (5) | $ 325.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ |
| 11. Other. Specify: Plan review | 07/12/2019 | (11) | $ 325.00 |
| 12. Other. Specify: _____ | | (12) | $ |
| 13. Other. Specify: _____ | | (13) | $ |
| 14. Other. Specify: _____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Drew | Daniel | Jablway | Case number (if known) 19-49552 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Mary Thieme  
Signature

Date 10/30/2019

Print: Mary Thieme  
First Name / Middle Name / Last Name

Title: Attorney for Creditor

Company: Randall S. Miller & Associates, P.C.

Address: 43252 Woodward Avenue, Suite 180  
Number / Street  
Bloomfield Hills, MI 48302  
City / State / ZIP Code

Contact phone (248) 335-9200

Email: bankruptcy@rsmalaw.com





**LoanSphere Invoicing Invoice Detail**

IP Carrington Mortgage Services, LLC / Michele Vance

Home | eMessages | Process | Reports | Search | Loan Level | Admin | Help | Logoff

Loan#: Go

Approve | Resolve | Route | eMessages | P-Notes | Receipts | Print | Create eMessage | Curtailment Threshold

13 of 17 | << >>

| | | | | |
|---|---|---|---|---|
| Vendor | Randall S. Miller & Associates, P.C. | **Regarding:** | Invoice Number: | **268027** |
| Address: | 43252 Woodward Avenue | DREW JABLWAY | Invoice Status: | Check Confirmed |
| | Suite 180 | 13709 PROVINCIAL DR | Loan No.: | [redacted] |
| | Bloomfield Hills, MI 48302-201 | STERLING HEIGHTS, MI 48313 | Acquisition Date: | |
| Payee Code: | 10282 | | Loan Type: | Conventional |
| Vendor Contact: | Cynthia Suszycki | | Asset No.: | |
| Vendor Ref #: | 19MI00122 | | REO Loan Status: | N/A |
| Servicer: | Carrington Mortgage Services, LLC | **Investor Loan #:** [redacted] | REO Loan Status Date: | N/A |
| Inv. ID / Cat. ID | **00035/01808** | | **Referral Date:** | 7/1/2019 |
| Investor Name: | **TBK WAREHOUSE - NON PRIME** | | Loan Location: | |
| Invoice ID: | 256278342 | | **BK Case No:** | 19-49552 |
| Class Code: | | | **BK Chapter:** | 13 |
| Entity Code: | 0 | | Submitted Date: | **7/15/2019** |
| GSE Code: | | | Vendor Invoice Date: | 7/15/2019 |
| GSE REO Rem. Code: | | | Paid In Full Date: | N/A |
| HiType: | | | Foreclosure Removal Date: | N/A |
| Litigation Status Code: | | | MS Status: | N/A |
| Man Code: | | | Relief Requested Date: | N/A |
| | | | Protection Begin Date: | N/A |
| | | | Protection End Date: | N/A |

**Original Mortgage Amount: $0.00**
**Principal Balance as of invoice create date: $99,851.12**
**Principal Balance as of today's date: $99,851.12**

**Bankruptcy - Bankruptcy Services**

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 07/15/2019 | 07/19/2019 | 10/23/2019 | 07/15/2019 | 07/19/2019 | 07/19/2019 | 08/10/2019 | 5 |

Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Fees** | Total: | $325.00 | LoanSphere Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | | Exc. Milestone | Exc Ord Allw: |
| **Costs** | Total: | $0.00 | LoanSphere Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | | | Exc Ord Allw: |
| | | | | | Exc. Loan Total Fees/Costs Allow: | | | |
| **Totals** | **Inv Amt:** | **$325.00** | **Prev. Billed:** | **$0.00** | **Loan Total Fees/Costs Prev.Billed:** | **$2,090.41** | | **Exc Ord Allw:** |

**Fees**

| A | B | I | C | Category | Subcategory | W/H | Aff. Ind. | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | C | Attorney Fees | Plan Review Fee | | | 07/12/19 | 1 | $325.00 | $325.00 | $0.00 | $325.00 |

**Note:** Attorney Fee - Plan Review

| | | | |
|---|---|---|---|
| **Total:** | **$325.00** | **$0.00** | **$325.00** |
| **Invoice Total:** | **$325.00** | **$0.00** | **$325.00** |

**LoanSphere Invoicing** **Invoice Detail**

IP Carrington Mortgage Services, LLC / Michele Vance

Home | eMessages | Process | Reports | Search | Loan Level | Admin | Help | Logoff

Loan#: Go

Approve | Resolve | Route | eMessages | P-Notes | Receipts | Print | Create eMessage | Curtailment Threshold

| | |
|---|---|
| Vendor | Randall S. Miller & Associates, P.C. |
| Address: | 43252 Woodward Avenue<br>Suite 180<br>Bloomfield Hills, MI 48302-201 |
| Payee Code: | 10282 |
| Vendor Contact: | Cynthia Suszycki |
| Vendor Ref #: | 19MI00122 |
| Servicer: | Carrington Mortgage Services, LLC |
| Inv. ID / Cat. ID | **00035/01808** |
| Investor Name: | **TBK WAREHOUSE - NON PRIME** |
| Invoice ID: | 258549472 |
| Class Code: | |
| Entity Code: | 0 |
| GSE Code: | |
| GSE REO Rem. Code: | |
| HiType: | |
| Litigation Status Code: | |
| Man Code: | |

**Regarding:**
DREW JABLWAY
13709 PROVINCIAL DR
STERLING HEIGHTS, MI 48313

**Investor Loan #** [redacted]

| | |
|---|---|
| Invoice Number: | **269422** |
| Invoice Status: | Check Confirmed |
| Loan No.: | [redacted] |
| Acquisition Date: | |
| Loan Type: | Conventional |
| Asset No.: | |
| REO Loan Status: | N/A |
| REO Loan Status Date: | N/A |
| **Referral Date:** | 7/1/2019 |
| Loan Location: | |
| **BK Case No:** | 19-49552 |
| **BK Chapter:** | 13 |
| Submitted Date: | **8/21/2019** |
| Vendor Invoice Date: | 8/21/2019 |
| Paid In Full Date: | N/A |
| Foreclosure Removal Date: | N/A |
| MS Status: | N/A |
| Relief Requested Date: | N/A |
| Protection Begin Date: | N/A |
| Protection End Date: | N/A |

**Original Mortgage Amount: $0.00**
**Principal Balance as of invoice create date: $99,851.12**
**Principal Balance as of today's date: $99,851.12**

## Bankruptcy - Bankruptcy Services

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 08/21/2019 | 08/30/2019 | 10/23/2019 | 08/21/2019 | 08/30/2019 | 08/30/2019 | 09/11/2019 | 10 |

Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Fees** | Total: | $325.00 | LoanSphere Invoicing Prev. Billed: | $325.00 | Exc. Loan Allow: | Exc. Milestone | Exc Ord Allw: |
| **Costs** | Total: | $0.00 | LoanSphere Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | | Exc Ord Allw: |
| | | | | | Exc. Loan Total Fees/Costs Allow: | | |
| **Totals** | **Inv Amt:** | **$325.00** | **Prev. Billed:** | **$325.00** | **Loan Total Fees/Costs Prev.Billed: $2,415.41** | | **Exc Ord Allw:** |

### Fees

| A | B | I | C | Category | Subcategory | W/H | Aff. Ind. | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | C | Attorney Fees | Proof of Claim | | | 08/21/19 | 1 | $325.00 | $325.00 | $0.00 | $325.00 |
| | | | | **Note:** Attorney Fee - POC (Filed) | | | | | | | | | |
| | | | | | | | | | | **Total:** | **$325.00** | **$0.00** | **$325.00** |
| | | | | | | | | | | **Invoice Total:** | **$325.00** | **$0.00** | **$325.00** |

<div style="text-align:center">

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

</div>

| | |
|---|---|
| In re: | Case No: 19-49552 |
| Drew Daniel Jablway, | Chapter: 13 |
| Debtor. | Hon. Thomas J. Tucker |

---

## CERTIFICATE OF SERVICE

The undersigned states that on October 30, 2019, copies of the **Notice of Postpetition Mortgage Fees, Expenses and Charges** were served upon the following parties:

| | |
|---|---|
| Debtor | Debtor's Attorney |
| Drew Daniel Jablway | Kimberly Redd |
| 13709 Provincial | 2475 W. 12 Mile Road, Suite 306 |
| Sterling Heights, MI 48313 | Southfield, MI 48034 |
| **VIA REGULAR MAIL** | **VIA ECF** |

Trustee
Tammy L. Terry
535 Griswold
Suite 2100
Detroit, MI 48226
**VIA ECF**

via first class mail, with proper postage affixed thereto to Debtor and via the Court's CM-ECF electronic filing system to the Chapter 13 Trustee and Debtor's attorney

The above is true to the best of my information, knowledge and belief.

    */s/ Matthew Grubba*
Matthew Grubba
Randall S. Miller & Associates, P.C.
43252 Woodward Avenue, Suite 180
Bloomfield Hills, MI 48302
(248) 335-9200
mgrubba@rsmalaw.com